

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

June 8, 2023

**VIA ECF**
Honorable Judge Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *1:23-cv-3600-LGS Brown v Rena Ware International, Inc.*

<u>Status Letter and Request for Adjournment of Conference</u>

Dear Judge Schofield:

     Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial case management conference, currently scheduled for June 14th, 2023. Plaintiff has not yet successfully served defendant but will keep attempting service diligently, and requests a 2-month adjournment to allow time for service to be completed and for Defendant to appear. Plaintiff proposes a new date of August 14, 2023, or a date more convenient to the Court. This is the first time this relief is being requested.

     We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

---

**Application GRANTED IN PART.** The June 14, 2023, conference is **ADJOURNED** to **July 12, 2023**, at **4:10 P.M.** The conference will be telephonic and will take place on the following line: 888-363-4749; access code: 558-3333. Plaintiff shall serve this Order and the Complaint on Defendant via Federal Express and file proof of such service on the docket by **June 16, 2023**. So Ordered.

Dated: June 9, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

