UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAMAR BROWN,
                              Plaintiff,

                              23 Civ. 3600 (LGS)

                -against-

                              ORDER

RENA WARE INTERNATIONAL, INC.,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated May 2, 2023, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference.

       WHEREAS, the initial pretrial conference is currently scheduled for July 12, 2023.

       WHEREAS, Defendant has not appeared, and Plaintiff has not filed proof of service on the docket.

       WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.  It is hereby

       **ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **July 7, 2023**.  If Plaintiff has not been in communication with Defendants, he shall file a status letter describing his efforts to serve Defendants and requesting a further adjournment of the initial conference as soon as possible and no later than **July 7, 2023.**  It is further

       **ORDERED** that the initial pretrial conference scheduled for July 12, 2023, is adjourned to **July 19, 2023, at 4:10 P.M.**

Dated: July 6, 2023
       New York, New York

                                            LORNA G. SCHOFIELD
                                           **UNITED STATES DISTRICT JUDGE**